### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

---

United States of America,                               Crim. No. 19-340 (MJD/BRT)

               Plaintiff,

v.

                                      **ORDER**

Dawn Marie Marcks (1), and
Stephany Marie Wilde (2),

               Defendants.

---

The Court is in receipt of the letter from counsel for Defendant Stephany Marie Wilde at Doc. No. 55, filed on August 25, 2020. Therein, counsel represents that the parties agree that Defendant Wilde's motion to suppress (Doc. No. 38) is properly characterized as a four-corners challenge to a search warrant. Counsel therefore requests that Defendant Wilde and her counsel not be required to attend the motion hearing set for August 27, 2020. Counsel also states that the parties have stipulated to the admission of the at-issue warrant and related documents, and that the Government will offer those exhibits into evidence at the motion hearing.

In light of these facts, the Court concludes that Defendant Wilde and her counsel are not required to attend the motion hearing set for August 27, 2020.

Date:  August 26, 2020

                              *s/ Becky R. Thorson*
                              BECKY R. THORSON
                              United States Magistrate Judge